# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK
### CIVIL/FAMILY POST TRIAL

### DATE: January 2, 2015

**FOURTEENTH COURT OF APPEALS INFORMATION SHEET BY TRIAL COURT CLERK**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/2/2015 1:41:53 PM
CHRISTOPHER A. PRINE
Clerk

*Note to trial court clerk: You are expected to file the clerk's record by the original due date. If you cannot, you should advise the Clerk of the Fourteenth Court of Appeals immediately in writing, stating the reason and the date by which the record will be filed. Generally speaking, for good cause shown, the Court will grant no more than two extensions from the original due date, each extension not to exceed 30 days.*

*Appellate Case Number* __14-14-00807-CV & 14-14-00834-CV__

*Trial Court Case Number:*__1985-35446-AC__

*Trial Court Number* __281__ST

_____

### Information from Trial Court Clerk

_____ The clerk's record will be completed and filed with the appellate court clerk by the original due date, subject to payment arrangements being made.

**X** The clerk's record will not be filed by the original due date. (Please state reasons below)
Reason(s): **Reason(s): Due to unforeseen technical difficulties with a new Acrobat type program "Fox-it Phantom" that has been installed in this clerk's computer system more time is required to fully complete this clerk's record. Estimated costs for is at $5,000.00 as per designation of clerks record. A request for deposit has been sent to the appellant's attorney on today Jan. 2, 2015. See enclosure.**

I believe I can file the clerk's record by __1-09-15__, and I request **7 days extension.**

_____ Appellant has not made payment arrangements.
_____ Appellant has been notified that the clerk's record is ready.
_____ Appellant has made payment arrangements.

CHRIS DANIEL,
CLERK DISTRICT COURT,
HARRIS COUNTY, TEXAS

BY: /s/ PHYLLIS WASHINGTON
**PHYLLIS WASHINGTON, DEPUTY**

District Clerk's LetterOnReceipt NOAatt.wpd

**January 2, 2014**

**High Importance:**
**PAUL SIMON TBN #24003276**
SIMON HERBERT & MCCLELLAND, LLP
3411 RICHMOND AVE STE 400
HOUSTON, TX 77046                                                    **"CORRECTION"**
**PH: 713-987-7100**                          **SENT VIA: FAX ONLY**
**FX: 713-987-7120**

RE: CAUSE NO.  1985-35446AC **– 14-14-00807-CV** - THE PETROLEUM WORKERS UNION OF THE REPUBLIC OF MEXICO
 V JAMES GOMEZ , AS RECEIVER FOR ARRIBA LIMITED IN THE 281ST DISTRICT COURT OF HARRIS COUNTY, TX

**Dear Attorney Simon:**

We have received your notice of appeal in the above referenced case.  We are informing you in order for us to prepare, certify and timely file the clerk's record with the appellate court that you must be in accordance with rule (35.3) of the Texas Rules of Appellate Procedure which states:

*(a)* (2) *The party responsible for paying for the preparation of the clerk's record has paid the clerk's fee, has made satisfactory arrangements with the clerk to pay the fee, or is entitled to appeal without paying the fee.*

The **estimated** cost of the clerk's record is **$ 8,600.00.  We are requesting a deposit/payment of $4,000.00 before proceeding in preparing the clerk's record**. *After further review of your trial court case file and with being in the process of preparing your appellate clerks record; I find that your clerks record is greatly voluminous in size and costs; that a deposit must be paid before I can proceed further with the full completion of the clerks record.**

You may remit your payment in the form of a money order or cashier's check, payable to Chris Daniel, District Clerk by mailing to:

CHRIS DANIEL,
CLERK DISTRICT COURT,
HARRIS COUNTY, TEXAS

BY: /s/ PHYLLIS WASHINGTON
**PHYLLIS WASHINGTON, DEPUTY**